# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN WOODS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOE LIZARRAGA,<br><br>　　　　Respondent. | CASE NO. 2:16-CV-00263-FMO-SK<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: June 27, 2016

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE